IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| ROBINSON TRUCKING, LLC, | : | |
| | : | CASE No. 4:15-bk-01925-JJT |
| | : | |
| JOHN P. NEBLETT, Esq., Trustee for | : | |
| the Bankruptcy Estate of Robinson | : | |
| Trucking, LLC, | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| ROBINSON TRUCKING, LLC, | : | |
| MICHAEL W. ROBINSON, | : | |
| Respondents | : | |

## AMENDED CERTIFICATE OF SERVICE
## OF AMENDED MOTION TO SHOW CAUSE AND REQUEST FOR SANCTIONS DIRECTED AT MICHAEL W. ROBINSON, PRESIDENT OF ROBINSON TRUCKING, LLC.

I hereby certify that I have on this date served a true and correct copy of the foregoing Amended Motion via U.S. First-Class Mail upon the following individuals:

Michael W. Robinson, President
Robinson Trucking, LLC
P.O. Box 547
Milesburg, PA 16853

Donald M. Hahn, Esq.
Stover McGlaughlin Gerace et al
122 East High Street, P.O. Box 209
Bellefonte, PA 16823

Date: September 25, 2017         /s/ Lou Ann Neblett
                                 Paralegal