```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                         Case No. 15-01925-JJT
Robinson Trucking, LLC                                         Chapter 7
         Debtor                   **CERTIFICATE OF NOTICE**

District/off: 0314-4         User: LyndseyPr         Page 1 of 1          Date Rcvd: Sep 26, 2017
                             Form ID: nthrgreq       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2017.
db             +Robinson Trucking, LLC,    P.O. Box 547,   Milesburg, PA 16853-0547
               +Michael W. Robinson, President,    Robinson Trucking, LLC,    P.O. Box 547,
                 Milesburg, PA 16853-0547

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2017 at the address(es) listed below:
              Donald M Hahn    on behalf of Debtor    Robinson Trucking, LLC mwalker@nittanylaw.com
              Gregory Benjamin Schiller    on behalf of Asst. U.S. Trustee    United States Trustee
               Gregory.B.Schiller@usdoj.gov,   ustpregion03.ha.ecf@usdoj.gov
              Harry A Readshaw    on behalf of Creditor    Mercedes-Benz Financial Services USA, LLC
               hreadshaw@eckertseamans.com
              John P Neblett (Trustee)    jpn@neblettlaw.com,   pa06@ecfcbis.com
              Lyndsay E Rowland    on behalf of Creditor    Financial Pacific Leasing LLC
               lrowland@starfieldsmith.com,   lyndsayerowland@yahoo.com;lmstarkman@flammlaw.com
              Marc A. Hess    on behalf of Creditor    Fulton Bank, N.A. bankruptcy@henrybeaver.com,
               hess@henrybeaver.com
              Tracey G. Benson    on behalf of Creditor    SPE Federal Credit Union tbenson@mkclaw.com,
               csciabica@mkclaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

nthrgreq(02/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Robinson Trucking, LLC<br>**Debtor(s)** | Chapter: 7<br>Case number: 4:15−bk−01925−JJT<br>Document Number: 116 |
| JOHN P. NEBLETT, Esq., Trustee for the Bankruptcy Estate of Robinson Trucking, LLC,<br>**Movant(s)**<br><br>vs.<br><br>ROBINSON TRUCKING, LLC,<br>MICHAEL W. ROBINSON,<br>**Respondent(s)** | Matter: Amended Motion to Show Cause |

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on May 5, 2015.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court**<br>**US Courthouse, Courtroom #3, 3rd Floor, 240 West 3rd Street, Williamsport, PA 17701** | **Date: October 13, 2017**<br>**Time: 10:00 AM** |

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>228 Walnut St,Rm320,Harrisburg, PA 17108<br>570−831−2500/717−901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 26, 2017 |